IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GOMEZ,<br><br>                Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION,<br><br>                Defendant. | Case No. 2:16-CV-01777-JAM-EFB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION TO COMPEL** |

**ORDER**

This action came on for hearing before this Court on August 16, 2017, at 10 a.m. on a Motion to Compel filed by Defendant Target Corporation against Plaintiff Armando Gomez. After considering all of the pleadings, evidence and papers filed and presented by the parties, and hearing oral argument, **IT IS HEREBY ORDERED** that the Motion to Compel is **GRANTED** as follows:

1. Plaintiff Armando Gomez shall conduct a complete, diligent search and reasonable inquiry for all relevant documents responsive to Defendant's Requests for Production, Set One, and produce all responsive documents within <u>10 days</u> of entry of this Order, including all responsive documents in his possession, custody, or control.

2. Plaintiff shall provide a declaration, signed under penalty of perjury, within <u>10 days</u> of entry of this Order, that describes in detail the search conducted in compliance with this Order, including:

    a. how the search was done;
    b. by whom the search was done;
    c. locations and specific areas searched;
    d. documents that were found;
    e. hours expended on the search;
    f. that Plaintiff has conducted a thorough search for all relevant documents, information and materials in his possession, custody, or control; and
    g. that Plaintiff has produced all documents pursuant to that search.

**IT IS SO ORDERED.**

DATED: August 21, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE