VICKI E. CODY (CA State Bar No. 157842)
LAW OFFICE OF VICKI E. CODY
P.O. BOX 189685
Sacramento, California 95818
Telephone: (916) 222-9449
Facsimile: (916) 222-3062

Attorneys for Plaintiff
ARMANDO GOMEZ


MICHAEL A. APARICIO (CA State Bar No. 206300)
JULIA BRODSKY (CA State Bar No. 266177)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: maparicio@dwt.com
Email: juliabrodsky@dwt.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GOMEZ,<br><br>   Plaintiff,<br><br> v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 2:16-cv-01777-JAM-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF SECOND CLAIM FOR RELIEF FOR BREACH OF EXPRESS CONTRACT , WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 13, 2016 |

The Parties, by and through their respective attorneys of record, hereby **Stipulate and agree**, that Plaintiff's Second Claim For Relief for "Breach of Express Contract," set forth in Plaintiff's Complaint for Damages, including without limitation paragraphs 28 through 32, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: September 11, 2017.  LAW OFFICES OF VICKI E. CODY

By:/s/
    Vicki E. Cody

Attorneys for Plaintiff
ARMANDO GOMEZ

DATED: September 11, 2017.  DAVIS WRIGHT TREMAINE LLP

By:/s/
    Michael A. Aparicio

Attorneys for Defendant
TARGET CORPORATION

1

Stipulation of Dismissal of 2nd Claim for Relief
Case no. 2:16-cv-01777-JAM-EFB
4835-8774-6895v.1 0052951-000032

1 **<u>ORDER</u>**

2      Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that the second

3 claim for relief, for "Breach of Express Contract", set forth in paragraphs 28 through 32 of the

4 Complaint for Damages filed by Plaintiff Armando Gomez against Defendant Target Corporation,

5 shall be DISMISSED WITH PREJUDICE. Plaintiff shall not pursue any claim, damage or injury

6 arising out of or asserting the existence and/or breach of any express contract allegedly entered

7 into between Plaintiff and Target Corporation.

8      **IT IS SO ORDERED.**

9 DATED: September 12, 2017         /s/ John A. Mendez

10                                         John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE

2

Stipulation of Dismissal of 2nd Claim for Relief
Case no. 2:16-cv-01777-JAM-EFB
4835-8774-6895v.1 0052951-000032