UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GOMEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 2:16-cv-01777-JAM-EFB<br><br>Assigned to the Hon. John A. Mendez<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: July 30, 2015 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | In consideration of the Joint Stipulation for Dismissal of Action with Prejudice, signed by |
| 3 | plaintiff Armando Gomez and defendant Target Corporation through their counsel of record, IT IS |
| 4 | HEREBY ORDERED that the entire action shall be dismissed with prejudice pursuant to Fed. R. |
| 5 | Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorneys' fees and costs. |
| 7 | **IT IS SO ORDERED.** |
| 9 | DATED: 9/29/2017     /s/ John A. Mendez |
| 10 | JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |